**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BRIAN PURICELLI, | : | No. 89 MAP 2023 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 354 |
| | : | MD 2022 dated July 20, 2023, |
| v. | : | overruling Petitioner's Preliminary |
| | : | Objection, granting Application to |
| | : | Strike, sustaining Respondent's |
| COMMONWEALTH OF PENNSYLVANIA | : | Preliminary Objection and |
| DEPARTMENT OF EDUCATION | : | dismissing Complaint |
| (DIVISION OF CERTIFICATION | : | |
| SERVICES) AND ALICIA STEINHAUER, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                                    **DECIDED: April 25, 2024**

      **AND NOW,** this 25th day of April, 2024, the order of the Commonwealth Court is

**AFFIRMED**.